(77 South. 930)

HAYS v. WALKER et al. (5 Div. 265.)

(Court of Appeals of Alabama. Jan. 15, 1918.)

APPEAL AND ERROR ⟨key⟩719(1)—ASSIGNMENTS OF ERROR—NECESSITY.

In the absence of assignments of error, no error can be considered except one of jurisdiction.

Appeal from Circuit Court, Elmore County; Leon McCord, Judge.

Action between R. H. Hays and Lucinda Walker and others. From the judgment, Hays appeals. Affirmed.

T. G. Hilyer, of Tallassee, for appellant. F. W. Lull, of Wetumpka, for appellees.

SAMFORD, J. There are no assignments of error, and under the rule and the decisions, no error can be considered, except one of jurisdiction. The trial court had jurisdiction, and the judgment is affirmed.

Affirmed.